**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN CISNEROS,<br><br>Defendant. | Case No.: 3:14-cr-00044-LRH-WGC<br><br>**Government's Motion for Leave to File Sealed Exhibit**  (Amended)<br><br>**AND ORDER THEREON** |

   As part of the response to Defendant Martin Cisneros' emergency motion for compassionate release from incarceration, ECF No. 544, the government's response refers to government's Sealed Exhibit 1, which includes Cisneros' medical records that undersigned counsel obtained from the Bureau of Prisons, and which the government believes will assist the Court in evaluating Cisneros' motion. Because the records contain private medical records, we believe they should be filed under seal and remain under seal. The government therefore requests leave to file those records under seal. Undersigned counsel will serve the sealed exhibit on defendant's counsel via e-mail.

1

**CONCLUSION**

For the foregoing reasons, the government respectfully requests leave to file under seal Government's Exhibit 1 to its response to Cisneros' motion for compassionate release, and requests that the Court maintain those records under seal.

DATED:  June 1, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/  Rachel Kent
RACHEL KENT
Special Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED this 2nd day of June, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE