UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | 3:14-cr-00044-LRH-WGC |
|---|---|
| Plaintiff, | ORDER GRANTING Motion for Leave to File Exhibit Under Seal |
| vs. | |
| Martin Cisneros, | |
| Defendant. | |

On May 29, 2020, counsel for Martin Cisneros filed an Emergency Motion for Order Modifying Judgment under 18 U.S.C. § 3582 (c)(1)(A)(i) and Authorizing Any Remaining Portion of Mr. Cisneros's Sentence to be Served on Home Confinement.  ECF 544.  With that Motion, counsel filed Sealed Exhibit B, Mr. Cisneros's medical records, but did not file a Motion for Leave to File an Exhibit Under Seal beforehand.  Counsel apologizes for not seeking leave to file the exhibit in a sealed fashion prior to submitting the Emergency Motion and Exhibit B to the Court.  Once counsel had the necessary documentation for the Motion, she felt that getting it filed as soon as possible was critical to Mr.

Cisneros's health and safety, but nonetheless should have sought leave to seal before filing it.

At this time, counsel seeks leave to file the exhibit under seal. The medical records are critical to a fair analysis of Mr. Cisneros's case, but contain information that should remain private. For these reasons, counsel respectfully requests that the Court allow Exhibit B to Mr. Cisneros's Emergency Motion to be filed under seal. If the Court would like counsel to re-file the Exhibit if this Motion is granted, counsel is most happy to comply.

Respectfully Submitted this 3rd day of June, 2020

<u>Leah R. Wigren /s/</u>
Leah R. Wigren
Counsel for Martin Cisneros

IT IS SO ORDERED. Exhibit B to Mr. Cisneros's Emergency Motion shall remain under seal.

Dated: June 5, 2020.

_____
U.S. Senior District Judge