## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 3:14-cr-44-LRH-WGC-9 |
| Plaintiff, | **Order Granting Joint Stipulation Regarding a Reduction in Sentence** |
| v. | |
| Martin Cisneros, | |
| Defendant. | |

In compliance with Second Amended General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Martin Cisneros, file this Joint Stipulation.

The parties state as follows:

1. Undersigned counsel and government counsel have determined that Mr. Cisneros qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2. Defense counsel has spoken to the defendant. The defendant consents to the proposed sentencing reduction detailed below. The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3. On October 17, 2017, this Court sentenced Mr. Cisneros to 135 months' incarceration. ECF No. 44. Mr. Cisneros was in CHC I with a total offense level of 33, which yielded a sentencing guideline range of 135–168 months. Under the amended Guidelines, the parties have determined Mr. Cisneros is in CHC I with a total offense level of 31 which yields a guideline range of 108–135 months.

4. Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr. Cisneros' sentence be amended to 108 months.

DATED this 21st day of March, 2024.

RENE L. VALLADARES  
Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By /s/ *Madeline S. Lal*  
MADELINE S. LAL  
Assistant Federal Public Defender

By /s/ *Jim W. Fang*  
JIM W. FANG  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Martin Cisneros,<br><br>　　　　Defendant. | Case No. 3:14-cr-44-LRH-WGC-9<br><br>**ORDER** |

　　The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

　　Good cause appearing, IT IS ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Second Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

　　IT IS SO ORDERED.

　　DATED this 5th day of April, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE